

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **CRIMINAL NO.** JRR-23-199 |
| | * | |
| JERRY LEE REDMAN, | * | (Attempt to Evade or Defeat Tax, |
| | * | 26 U.S.C. § 7201) |
| Defendant | * | |
| | * | |

*******

### INFORMATION

The United States charges:

### COUNT ONE

Between on or about January 1, 2017 and on or about June 26, 2018, in the District of Maryland, the defendant, JERRY LEE REDMAN, a resident of Severn, Maryland, attempted to evade and defeat a substantial income tax due and owing by him to the United States for the calendar year 2017 by committing the following affirmative acts, among others:

a.     causing customers of his paving and construction company, Redman Services, Inc. ("RSI"), to write checks to JERRY LEE REDMAN personally, instead of to RSI, and depositing those checks into his personal bank account, instead of an account in the name of RSI;

b.     making and causing others to make substantial cash withdrawals from RSI's bank account to pay personal expenses for JERRY LEE REDMAN;

c.     providing and causing others to provide incomplete and inaccurate information regarding RSI's gross receipts and JERRY LEE REDMAN's income to the individuals who prepared income tax returns for RSI and JERRY LEE REDMAN;

d.      preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Income Tax Return for an S Corporation, Form 1120-S, for RSI for the calendar year 2017, which was submitted to the Internal Revenue Service and which failed to report all of RSI's gross receipts; and

e.      preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for himself for calendar year 2017, which was submitted to the Internal Revenue Service and which underreported JERRY LEE REDMAN's ordinary business income from RSI and his distributions from RSI.

In violation of Title 26, United States Code, Section 7201.

DAVID A. HUBBERT
Deputy Assistant Attorney General
Department of Justice, Tax Division

MELISSA SISKIND  Digitally signed by MELISSA SISKIND
Date: 2023.06.05 09:45:38 -04'00'

_____
MELISSA S. SISKIND
CHRISTINA M. GRIMES
Trial Attorneys
Northern Criminal Enforcement Section